No. 12–0048/AR. U.S. v. Bobby D. James. CCA 20081163. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 17, 2011.

Wednesday, September 28, 2011

Misc. No. 12–8002/AF. Michael P. Grafmuller, Petitioner v. Michael G. Donley, Secretary of the Air Force and the United States, Respondents. Notice is hereby given that petitions for extraordinary relief in the nature of a writ of prohibition and writ of error coram nobis were received by mail on June 28, 2011, and placed on the docket this date. On consideration thereof, said petitions and all remaining motions are denied.

No. 12–0008/AR. U.S. v. Alaa M. Ali. CCA 20080559. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 7, 2011.

No. 12–0049/AF. U.S. v. Cory J. Quinn. CCA S31747. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 17, 2011.

Thursday, September 29, 2011

No. 11–0640/AR. U.S. v. Robert L. McCullough. CCA 20090206. Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S